﻿Citation Nr: AXXXXXXXX
Decision Date: 11/30/20 Archive Date: 11/30/20

DOCKET NO. 200106-53774
DATE: November 30, 2020

ORDER

Entitlement to service connection for migraine, tension and cluster headaches is granted.

FINDING OF FACT

The Veteran has migraine, tension and cluster headaches which are proximately due to service-connected maxillary sinusitis.

CONCLUSION OF LAW

The criteria for entitlement to service connection for migraine, tension and cluster headaches are met. 38 U.S.C. §§ 1110, 1131, 5107; 38 C.F.R. §§ 3.102, 3.310.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served on active duty from September 1979 to May 1992.

These matters are before the Board of Veterans’ Appeals (Board) on appeal of an August 2019 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO). The rating decision which found new and relevant evidence had been received but continued to deny entitlement to service connection for migraines. The Veteran submitted a January 2020 Decision Review Request: Board Appeal (Notice of Disagreement) and elected Direct Review by a Veterans Law Judge. Accordingly, the Board will consider the evidence of record as of the date of the August 2019 rating decision.

In the August 2019 rating decision, the RO found that new and relevant evidence was submitted regarding the issue of entitlement to service connection for migraines. The Board is bound by this favorable finding and will proceed to adjudicate the issue on the merits. 38 C.F.R. § 3.104 (c).

Entitlement to service connection for migraine, tension and cluster headaches is granted.

The Veteran contends his migraines are due to his service-connected maxillary sinusitis.

Service connection may be established on a secondary basis for a disability which is proximately due to or the result of service-connected disease or injury. 38 C.F.R. § 3.310 (a). Additional disability resulting from the aggravation of a non-service-connected condition by a service-connected condition is also compensable under 38 C.F.R. § 3.310 (a).

A veteran need only demonstrate that there is an approximate balance of positive and negative evidence to prevail in a service connection claim. Gilbert v. Derwinski, 1 Vet. App. 49, 53 (1990). When the evidence for and against the claim is in equipoise, by law, the Board must resolve all reasonable doubt in favor of the appellant. 38 U.S.C. § 5107; 38 C.F.R. § 3.102. To deny a claim on its merits, the preponderance of the evidence must be against the claim. See Alemany v. Brown, 9 Vet. App. 518, 519 (1996).

In May 2019 a private physician diagnosed the Veteran with migraine, tension and cluster headaches. The examiner opined that the “migraine and non-migraine headaches” were at least as likely as not related to the service-connected maxillary sinusitis. The examiner noted reports of headaches in service, contemporaneous with the onset of maxillary sinusitis. The examiner further reasoned that it was known that chronic sinusitis caused a buildup of pressure in the sinus tracks causing inflammation and dilation of the vessels leading to headaches.

There are no other medical opinions in the record addressing the nexus between migraines and sinusitis. A March 2008 VA examiner noted that the Veteran’s migraines were “triggered sometimes by stress, sinus, or just fatigue,” however the examiner did not provide a nexus opinion.

As there is no evidence contradicting the private opinion, the preponderance of the evidence supports a finding that the Veteran has migraine, tension and cluster headaches which are caused by his service-connected maxillary sinusitis.

Accordingly, entitlement to service connection for migraine, tension and cluster headaches is warranted. 38 U.S.C. § 5107; 38 C.F.R. § 3.102.

 

 

LAURA E. COLLINS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Paul J. Bametzreider

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.